IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AUDIE JAMES, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:25-CV-2748-N-BK |
| | § | |
| EASTERN DISTRICT OF TEXAS, | § | |
|     DEFENDANT. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's *Motion for Remand*, Doc. 6, is **DENIED**, Defendant's *Motion to Dismiss*, Doc. 7, is **GRANTED**, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**, and this case is closed.

**SO ORDERED.**

Signed February 27, 2026.

                                                  DAVID C. GODBEY
                                                UNITED STATES SENIOR DISTRICT JUDGE